NOTE:  This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**SAM B. TAWADROUS,**
*Petitioner,*

v.

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

---

2012-3028

---

Petition for review of the Merit Systems Protection Board in case no. DA0752110106-I-1.

---

## ON MOTION

---

## ORDER

Sam B. Tawadrous moves for extension to file a supplement for his petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. Tawadrous may file his reply brief within 14 days from the date of service of the Treasury's response brief.

FOR THE COURT

JAN 1 9 2012

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Sam B. Tawadrous
Jane C. Dempsey, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 9 2012

JAN HORBALY
CLERK